# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# SOUTHERN DIVISION
## No. 7:23-cv-01063-D-RN

| | |
|---|---|
| STEPHEN ISAKSEN, individually and as Personal Representative of the Estate of PATRICIA ISAKSEN, deceased, | |
| Plaintiff, | **MOTION FOR ADMISSION** |
| | **PRO HAC VICE** |
| v. | **and AFFIDAVIT** |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Frederick Messner ("Local Counsel"), a member in good standing with the Bar of the United States District Court for the Eastern District of North Carolina ("EDNC"), moves for the admission of Zina Bash ("Applicant"), who seeks permission to represent Stephen Isaksen, individually and as personal representative of the Estate of Patricia Isaksen, deceased ("Client") in this above-captioned Camp LeJeune Justice Act case.

By signing this motion, Local Counsel and Applicant certify that:

1. Applicant is a member in good standing of the bar of the highest court of the State or Territory where Applicant regularly practices law, which is the State of Texas.

2. Applicant practices under the name of or as a member of the following firm:

Firm name:       KELLER POSTMAN LLC

Mailing Address:     111 Congress Avenue, Suite 500

City / State / Zip:     Austin, TX 78701

Telephone Number:    512-620-8375     Facsimile Number: _____

Email Address (required):     zina.bash@kellerpostman.com

3. Applicant certifies that s/he is also admitted to practice before and remains in good standing with the Courts in the following jurisdictions: District of Columbia; U.S. District Courts for the Eastern District of Texas, Northern District of Texas, Southern District of Texas; and the United States Supreme Court.

4. Applicant certifies s/he has never been the subject of any formal suspension or disbarment proceedings; never been denied admission <u>pro hac vice</u> in this or any other jurisdiction or had <u>pro hac vice</u> admission revoked; never had any certificate or privilege to appear and practice before any judicial or administrative body suspended or revoked; and never received public discipline by any court or lawyer regulatory organization. If Applicant cannot so certify, Applicant must attach a separate explanation including particular information disclosing the disciplinary history or denial of admission.

5. Applicant certifies that the client requested Applicant to represent s/he in this matter, along with Local Counsel.

6. Applicant agrees to be subject to the Orders of the EDNC, including the Local Rules of the EDNC, and amenable to the disciplinary action of the civil jurisdiction of the EDNC in all respects as if Applicant were a regularly admitted and licensed member of the Bar of this court.

7. Local Counsel is satisfied that Applicant is qualified to practice before the Bar of the EDNC.

8. The required $100 fee for admission <u>pro hac vice</u> in this case is being submitted with the filing of this motion.

9. Applicant consents to electronic notification and is a registered CM/ECF filer in the EDNC or will submit an Electronic Filing Attorney Registration Form within seven days if this motion is granted. By signing this Motion, we so certify.

This, the 5th day of July, 2023.

| /s/ Frederick Messner | /s/ Zina Bash |
| --- | --- |
| Local Counsel | Applicant |

Frederick Messner
State Bar No. 60309
KELLER POSTMAN LLC
1100 Vermont Ave., N.W.
Washington, D.C. 20005
Telephone: (202) 742-5402
fred.messner@kellerpostman.com

Zina Bash
Texas State Bar No. 24067505
KELLER POSTMAN LLC
111 Congress Avenue, Suite 500
Austin, TX 78701
Telephone: (512) 620-8375
zina.bash@kellerpostman.com