# U.S. District Court

## North Carolina Eastern - Raleigh

THIS IS A COPY

Receipt Date: Jul 5, 2023 12:59PM

FRED MESSNER
150 N. RIVERSIDE PLAZA
STE 4100
CHICAGO, IL 60606

Rcpt. No: 500004697          Trans. Date: Jul 5, 2023 12:59PM          Cashier ID: #MB

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 111 | Pro Hac Vice | DNCE523OT000999 /001<br>ATTORNEY ADMISSIONS | 1 | 200.00 | 200.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CC | Credit Card | | | | $200.00 |

Total Due Prior to Payment: $200.00
Total Tendered: $200.00
Total Cash Received: $0.00
Cash Change Amount: $0.00

**Comments**: ZINA BASH; Cases(s): 7:23-cv-01063-D-RN, 7:23-cv-01124-FL; AMEX-240708

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.